4:15-CV-491

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

FILED
HARRISBURG, PA

MAR 1 2 2015

DAA

JACK MANN
Plaintiff,
v

UNUM Life Insurance Company,
Defendant.

CIVIL COMPLAINT AT LAW

NOW COMES, Plaintiff Jack Mann, (hereinafter 'Mann'), pro-se, in forma pauperis, with the above cited/named complaint, and in support thereof states as follows:

1. Mann is a federal prisoner being held at FCI Allenwood in White Deer, Pennsylvania.

2. Mann was diagnosed in 2003, by Dr. Nelson Escobar of Marianjoy Rehabilitation Hospital in Wheaton, Illinois with Severe Traumatic Brain Injury.

3. Mann filed a claim over the phone with UNUM on his coverage under a group long term disability policy.

4. Mann never received a visit from a UNUM Nurse, doctor, or any other practitioner to claim that he was to be taken off of disability.

5. Mann does not recall when or how his benefits ceased, only that he had, has, and will always have Traumatic Brain Injury and associated issues keeping him from employment.

6. Mann has not had a job that made any money since that date, and any money he was to earn from any job after the date of the occurrence (4/14/2003) would have been due to income generated prior to Mann's disabling accident on April 14, 2003.

7. Mann wishes this court to provide Mann with the following relief in the case at bar:

a) Reinstate Mann's Long Term Disability coverage and claim back to the date it was closed by UNUM;

b) Order payment from date of claim closure to present will the fully accrued benefit as proscribed within the group plan;

c) Order ongoing Long Term Disability payments/benefits to continue until

he reaches the age of 65, as defined by the plan that he recalls being a part of his Long Term Disability benefits;

d) Order the plan be continued with the same definition of disability as was included in the Long Term Disability Contract (Policy).

8. Mann is only now aware of his ability to file a civil complaint in the matter herein, and therefore should have tolling and jurisdiction under 28 U.S.C. § 1331 based on a federal question as well as 29 U.S.C. § 1132(e)(1) based on Employee Retirement Income Security Act (hereinafter 'ERISA').

9. UNUM breached the Long Term Disability group policy contract in violation of Plaintiff Mann's rights under ERISA (29 U.S.C. § 1132(a)(1)(B)) or any other similar portion of ERISA, or any other portion of ERISA dealing with the erroneous closing of a claim for Long Term Disability.

10. Mann attempted to contact UNUM multiple times over the internet and in their phone call inbound call center only to be told there was nothing that could be done. Mann was never responded to in 2008, 2009, and only now is filing civil litigation for a claim that should have never been closed.

11. Mann is currently unaware of any forms that were signed to close out this claim, and if he did sign forms he is not even sure that he understood the forms that he was signing at the time due to the Severe Traumatic Brain Injury he has.

12. Wrongly withholding Long Term Disability benefits by the Plan Administrator and UNUM was incorrect and must be corrected. White v. Prudential Ins. Co. of Am., (2012, ED. Pa) 908 F. Supp. 2d 618).

**WHEREFORE** , Plaintiff Jack Mann prays this honorable court will GRANT the following relief:

A. Grant Mann's motion to order UNUM to REinstate Mann's Claim back to UNUM's date of closure;

B. Grant Mann's Motion or Complaint and Order UNUM to pay Mann the full amount of the claim from close date of the claim to present date;

C. Grant Mann's Motion or Complaint to Order UNUM to keep the claim in an OPEN

status to be paid until Mann reaches age 65 or is able to have employment to replace the same income as defined within the policy benefits of the UNUM Group Long Term Disability Policy;

D. Grant any such other and further relief as this court deems just and necessary.

Date: 3 / 5 / 2015

Jack Mann, 22865-424
FCI Allenwood Medium
P.O. Box 2000
White Deer, PA 17887

CERTIFICATE OF SERVICE

I, Jack Mann, hereby swear under penalty of perjury that on the date below I submitted a copy of this Claim upon Prisoner Correspondent in the Middle District of Pennsylvania with one copy for the Court, one copy for the Defendant, and a copy to be stamped 'RECEIVED' and returned to Plaintiff Jack Mann at the address above. Plaintiff is asking the Prisoner Correspondent to assist him with finding the proper address to serve UNUM for this Civil Complaint At Law as Mnot in the habit of making Google internet Searches, and has no access to this type of information.

Jack Mann asks this honorable Clerk of Courts to assist him in serving the Defendant in this case so as to have a chance at justice.

Date: 3 / 5 / 2015

Jack Mann

Clerk of Courts
United States District Court
Middle District of Pennsylvania
228 Walnut Street
Harrisburg, PA 17108-9998

Re: New Case
Civil Complaint At Law
Jack Mann v. UNUM Life Insurance Company

Dear Clerk

I am an indigent, in forma pauperis prisoner, who has $.78 on his account. That is keeping me from making photo copies of this complaint, getting the address to UNUM Life Insurance Company, and generally having the resources to complete this litigation without some assistance from you or the Prisoner Correspondent in the Middle District of Pennsylvania.

Please forward me the address of the Legal Counsel for UNUM Life Insurance Company, as well as a copy of this COMPLAINT stamped 'RECEIVED' for my file.

I appreciate your assistance in this matter as I am truly indigent at this juncture. Should I acquire the funds to continue this matter with my own copies I will do so, however, at this moment I cannot do so.

Thank you for your consideration.

Regards,

[signature]

Jack Mann
22865-424
FCI ALLENWOOD
PO BOX 2000
White Deer, PA 17887

INMATE NAME/NUMBER: Jack Mann 22865-424
FCC ALLENWOOD
P.O. BOX 2000
WHITE DEER, PA 17887

HARRISBURG PA 171
05 MAR 2015 PM 3 L



RECEIVED
HARRISBURG, PA
MAR 12 2015

<= 22865-424 =>
U.S. DISTRICT COURTHOUSE
228 WALNUT STREET
HARRISBURG, PA 17108-9998
United States

17108999899